# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

162416(73)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

CONSUMERS ENERGY COMPANY,
       Plaintiff-Appellant/
       Cross-Appellee,

v

BRIAN STORM and ERIN STORM,
       Defendants-Appellees/
       Cross-Appellants,
and

LAKE MICHIGAN CREDIT UNION,
       Defendant.
_____/

SC: 162416
COA: 350617
Kalamazoo CC: 2019-000160-CC

On order of the Chief Justice, the joint motion of the International Transmission Company and the Michigan Electric Transmission Company, LLC, to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 17, 2021, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021



Clerk